■ In the Matter of EDWARD ELDER, an Attorney, Resignor. [6 NYS3d 925]—Voluntary resignation accepted and name

removed from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Whalen and DeJoseph, JJ. (Filed Apr. 15, 2015.)

■ In the Matter of MICHELLE MORDUE HELMS, an Attorney, Resignor. [6 NYS3d 925]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Whalen and DeJoseph, JJ. (Filed Apr. 22, 2015.)